### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| MICHAEL T. TYNDAL,<br>Plaintiff | : | |
| vs. | : | 5:05-cv-66 (WDO) |
| SGT. MICHAEL SMITH,<br>Defendant | : | |

### O R D E R

Without objection, the recommendation of the Magistrate Judge to dismiss the Unadilla Police Department is **ACCEPTED IN ITS ENTIRETY AND MADE THE ORDER OF THE COURT.**

**SO ORDERED**, this 5th day of October, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE